IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PARVANEH BORHANI,

    Plaintiff,

v.

U.S. GOVERNMENT AND GOVS OF OTHER COUNTRIES,

    Defendant.

        No. C 06-07821 SI

**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH LOCAL RULES**

        On January 25, 20007, this complaint on was dismissed with leave to amend, for failure to state a claim, and plaintiff's application for leave to proceed *in forma pauperis* was deferred. However, the Court is unable to serve this order on plaintiff because she provided no address as which to notify her.

        Accordingly, this action is DISMISSED without prejudice, for failure to comply with Local Rule 3-4, which requires all parties to provide an address at which they can be contacted.

        The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 26, 2007

        SUSAN ILLSTON
        United States District Judge